Same case below, 625 F.3d 871.

No. 10-8834. Abraham Hagos, Petitioner v. Colorado.

562 U.S. 1297, 131 S. Ct. 1701, 179 L. Ed. 2d 634, 2011 U.S. LEXIS 2325.

March 21, 2011. Petition for writ of certiorari to the Court of Appeals of Colorado denied.

Same case below, 250 P.3d 596.

No. 10-8836. Anthony Heinemann, Petitioner v. Michael Murphy, Warden, et al.

562 U.S. 1297, 131 S. Ct. 1705, 179 L. Ed. 2d 634, 2011 U.S. LEXIS 2252.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 401 Fed. Appx. 304.

No. 10-8840. David Taylor, Petitioner v. Matt Conway, et al.

562 U.S. 1297, 131 S. Ct. 1701, 179 L. Ed. 2d 634, 2011 U.S. LEXIS 2358.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 381 Fed. Appx. 40.

No. 10-8841. Mark Thomas, Petitioner v. Eldon W. Vail, Secretary, Washington Department of Corrections, et al.

562 U.S. 1297, 131 S. Ct. 1705, 179 L. Ed. 2d 634, 2011 U.S. LEXIS 2330.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-8848. Jack R. Koch, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation, et al.

562 U.S. 1297, 131 S. Ct. 1701, 179 L. Ed. 2d 634, 2011 U.S. LEXIS 2321,

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-8855. Kevin Sean Polk, Petitioner v. Arthur F. Beeler, Warden, et al.

562 U.S. 1297, 131 S. Ct. 1702, 179 L. Ed. 2d 634, 2011 U.S. LEXIS 2400,

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 406 Fed. Appx. 694.

No. 10-8859. Sidney Cooley, Petitioner v. Angel Medina, Warden, et al.

562 U.S. 1297, 131 S. Ct. 1705, 179 L. Ed. 2d 634, 2011 U.S. LEXIS 2332.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 412 Fed. Appx. 51.

No. 10-8860. Louis Toledo Retanan, Petitioner v. James Yates, Warden, et al.

562 U.S. 1297, 131 S. Ct. 1702, 179 L. Ed. 2d 634, 2011 U.S. LEXIS 2371.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.